UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSE ANTONIO AVALOS-DIAZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH, et al.,<br><br>Respondents. | CAUSE NO. 3:26-CV-435-CCB-SJF |

**ORDER TO SHOW CAUSE**

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing by May 1, 2026. (ECF 11.) The respondents were further ordered to file proof of compliance with the order by May 4, 2026. (*Id.* at 6.) That deadline has passed and the respondents did not file proof of compliance with the order.[1]

For these reasons, the respondents are **ORDERED** to show cause by **May 18, 2026,** why they failed to comply with this court's order.

SO ORDERED on May 11, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

[1] The docket reflects that the Warden acknowledged receipt of the court's order conditionally granting the petition on April 24, 2026. (ECF 12.)