UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSE ANTONIO AVALOS-DIAZ,

Petitioner,

v.

BRIAN ENGLISH, et al.,

Respondents.

CAUSE NO. 3:26-CV-435-CCB-SJF

## **ORDER**

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing by May 1, 2026. (ECF 11.) The respondents have filed a notice reflecting that the petitioner was released from custody on May 1, 2026.[1] (ECF 16.)

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on May 18, 2026

_/s/Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Respondents failed to file a notice of compliance by the original deadline and were ordered to show cause why they missed the deadline. (ECF 14.) Upon review of their response, which reflects that the notice was not filed due to an administrative oversight, the court finds it unnecessary to take any additional action related to this issue.